IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DAVID BUGG,                             * | |
|     Plaintiff                      * | |
| vs.                                     * | CASE NO. 3:07-CV-29(CDL) |
| MICHAEL J. ASTRUE, Commissioner    * of Social Security,                    * | |
|     Defendant                      * | |

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 4, 2008, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 3rd day of November, 2008.

                                            S/Clay D. Land
                                                CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE